

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00166-CR

| | | |
|---|---|---|
| PETE EDWARD CHANDLER, Appellant | § | On Appeal from County Criminal Court No. 6 |
| V. | § | of Tarrant County (1529515) |
| | § | December 13, 2018 |
| | § | Opinion by Justice Birdwell |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was some error in the trial court's judgment. The judgment is modified to delete the $100 emergency management services fee from the $432.10 total costs assessed, leaving $332.10 in total court costs. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
   Justice Wade Birdwell